(INND Rev. 8/16)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[Use this form to sue for employment discrimination. NEATLY print in ink (or type) your answers.]*

At _____
ROBERT N. _____, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

-FILED-
MAY 27 2020

Thomas L Smith
_____,
[You are the **PLAINTIFF**, print your full name on this line.]

v.

Lipari Foods
_____,
[The **DEFENDANT** is who you are suing.]

Case Number 2:20CV210
[For a new case in this court, leave blank.
The court will assign a case number.]

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. My address is: 2939 Gibson PL, Hammond IN, 46323

2. My telephone number is: ( 219 ) 384-2830

3. The Defendant's address is: 26661 Bunert Rd Warren MI 48089

4. This action is brought for employment discrimination pursuant to:

    ◯ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.
    *[race, color, gender, religion, national origin]*

    ◯ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 to 634.

    ☑ Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12112 to 12117.

    ◯ Other: _____

5. I filed a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission on: 05/09/2019

6. The date on my Notice of Right to Sue letter is: 02/28/2020

7. The date I received my Notice of Right to Sue letter was: 03/03/2020

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

## CLAIMS and FACTS

DO: Write a short and plain statement using simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how the defendant discriminated against you.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. On 04/18/2019, I went to recertify for my DOT physical, I went to Concentra Urgent Care in. Hammond IN at 7am. They took 3 blood pressure reading which all exceeded DOT medical requirements. which resulted in me being placed on a medical hold. I then went to my personal Dr( DOT Ceriified) who took my vitals which were well within the acceptable range to recertify. My doctor then sent me back to Concentra with a letter stating that the test he took came back with reading within acceptable range. Concentra took 3 reading again, all of which were too high. Dr McKnight indicated that the cuff being used was too small. On 04/19/2020 I return to Concentra where 3 reading were taken again. All were too high. On 04/23/2020 I returned to my personal doctor and a 3rd doctor on 04/24 and recieving positive result. Lipari was made aware what was occurring throughout the process.  I was willing to go to another Concentra to ave my vitals taken. Lipari refuse to allow it. Lipari refused to make any accommondations to allow me to return to work. I then filed a claim with EEOC.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?

Pay lost wages and punitive damage

**DOCUMENTS** – I have attached a copy of the following documents:

- ☑ Charge Of Discrimination form filed with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission
- ☑ Notice of Right to Sue letter
- ☐ Other: _____

**FILING FEE** – Are you paying the filing fee?

- ☐ Yes, I am paying the $400.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]
- ☑ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

_TS_  I will keep a copy of this complaint for my records.
_TS_  I will promptly notify the court of any change of address.
_TS_  I declare **under penalty of perjury** that the statements in this complaint are true.

*Thomas Smith*
Signature

05/26/20
Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]