AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

THOMAS L SMITH,

          Plaintiff,

v.                                        Civil Action No. 2:20-cv-00210

LIPARI FOODS,

          Defendant

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that (*check one*):

___ the plaintiff _____ recover from the defendant _____ the amount of dollars $_____, which includes prejudgment interest at the rate of _____ % plus post-judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____.

_X_ Other: Judgment ENTERED in favor of Defendant Lipari Foods and against Plaintiff Thomas L Smith.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Philip P. Simon on a Motion for Summary Judgment by Defendant.

DATE: November 30, 2021                       GARY T. BELL, CLERK OF COURT

                                                             By: s/ L. Higgins-Conrad
                                                                 *Signature of Deputy Clerk*